Mark MOLASKY, Appellant,

v.

STATE of Missouri, Respondent.

No. 54434.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 8, 1988.

Grand W. Smith, Cyril M. Hendricks, Spencer & Hendricks, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Elizabeth Levin Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Movant appeals from the denial of his second Rule 27.26 motion to set aside his convictions for rape, sodomy, and child abuse. After an evidentiary hearing the court found no basis for relief. No jurisprudential purpose would be served by an opinion.

JUDGMENT AFFIRMED. Rule 84.-16(b).